IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DANAE SKIBA, MELISSA COOK, and SARAH DAILEY, | § § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | CIVIL ACTION NO. 4:20-cv-02656 |
| BRIAN MURTHY TIMOTHY a/k/a/ T. BRYAN MURPHY, and GHG – THE FITNESS GROUP, LLC d/b/a GOLD'S GYM HOUSTON, | § § § § § | |
| *Defendants*. | | |

## ORDER

The Court held a telephone conference in the above-captioned matter regarding Plaintiff's motion for sanctions (Doc. Nos. 39, 45), Plaintiff's opposition to Defendants' motion for Jason Buratti to appear pro hac vice (Doc. No. 46), and the parties' discovery disputes (Doc. Nos. 43, 44). This Order memorializes and supplements the Court's rulings it made on the record.

The Court **DENIES** all motions for sanctions (Doc. Nos. 39, 45) and the request for a protective order against Defendants.

The Court **GRANTS** Defendants' motion for Jason Buratti to appear pro hac vice. (Doc. No. 46).

The Court **DENIES** the various motions to quash (Doc. Nos. 43, 44) and **GRANTS** permission for both sides to conduct depositions of the parties on dates to be agreed upon by counsel.

1

The Court **GRANTS** the parties leave to file, if they so desire, supplements to their motions to certify a class or oppositions thereto, so long as any supplements are filed no later than November 1, 2022.

Signed at Houston, Texas, this 30th day of September, 2022.

Andrew S. Hanen
United States District Judge