United States District Court
Southern District of Texas
**ENTERED**
February 07, 2024
Nathan Ochsner, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| DANAE SKIBA, MELISSA COOK, and SARA DAILEY on behalf of themselves and all others similarly situated, <br><br> *Plaintiffs* <br><br> v. <br><br> GGH- THE FITNESS GROUP, LLC, d/b/a GOLD'S GYM HOUSTON d/b/a Fitness Project; and TIMOTHY BRYAN MURPHY (a/k/a T. BRYAN MURPHY) <br><br> *Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CAUSE NO. 4:20-CV-02656 <br><br><br> JURY TRIAL DEMANDED |

## ORDER ON AGREED MOTION TO DISMISS WITH PREJUDICE

Pending before the Court is the Parties' *Agreed Motion to Dismiss with Prejudice*. Upon review of the motion, IT IS SO ORDERED THAT:

This setting, captioned 4:20-cv-02656, is dismissed with prejudice with each party bearing that party's own attorneys' fees and costs.

ORDERS that the motion is **GRANTED.**

SIGNED this ___7___ day of February 2024.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

1